# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of April, two thousand twenty-four.

Before:     Maria Araújo Kahn,
                  *Circuit Judge,*

557 Entertainment Inc., et al.,

        Plaintiff - Appellants,

v.

City of New York, et al.,

        Defendants - Appellees.

**ORDER**

Docket Nos. 24-621(L), 24-623(Con), 24-636(Con), 24-640(Con)

Appellants move for leave to file a consolidated opening brief of up to 30,000 words.

IT IS HEREBY ORDERED that the motion is GRANTED.

> For the Court:
> Catherine O'Hagan Wolfe,
> Clerk of Court

